# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:07-CR-01362          Recorder: CS 12/24/2007          Date: 12/24/2007

Present: The Honorable Robert N. Block, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                    Assistant U.S. Attorney: Jean Claude Andre

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) JUAN CARLOS FUENTES, aka Skinny<br>    CUSTODY-PRESENT | 1) PAUL C. HORGAN<br>        PANEL | SPANISH | VIRGINIA DI CONO |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge George P. Schiavelli.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 02/05/2008 at 8:30 A.M.
    Status Conference 01/14/2008 at 10:00 A.M.
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Assigned U.S. Attorney of the case is to contact the court clerk to Judge Schiavelli.

00 : 04<br>Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, Interpreter, USMLA