THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
E. MARTIN ESTRADA (Cal. SBN: 223802)
Assistant United States Attorney
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3358
    Facsimile: (213) 894-3713
    E-mail: Martin.Estrada@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 07-1362-GPS |
| Plaintiff, | ) [~~PROPOSED~~] <u>FINDINGS AND ORDER REGARDING CONTINUANCE OF TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT</u> |
| v. | |
| JUAN CARLOS FUENTES,<br>  aka "Skinny,"<br>JOSE BONILLA,<br>  aka "Bicho,"<br>  aka "Nino," and<br>JUAN MERCADO,<br>  aka "Nica," | ) Current Trial Date: Feb. 5, 2008<br><br>) Proposed New Trial Date: April 29, 2008 |
| Defendants. | |

    Having considered the Stipulation Regarding Continuance of Trial Date and Excludable Time Periods Under Speedy Trial Act, and good cause appearing, the Court hereby continues trial to April 29, 2008, at 9:00 a.m. In connection with this order, the Court makes the following findings:

    1. Defendant Bonilla first appeared before a judicial

1  officer in the Court in which these charges are pending on
2  November 15, 2007.  Defendant Fuentes first appeared before a
3  judicial officer in the Court in which these charges are pending
4  on December 7, 2007.  The indictment in this case was filed on
5  December 11, 2007.  Defendant Fuentes was arraigned on December
6  24, 2007.  Defendant Bonilla was arraigned on January 7, 2008.
7  The Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 et seq.,
8  originally required that the trial commence on or before February
9  19, 2008.
10       2.   At the arraignment, trial was set for February 5, 2008.
11       3.   This is the first continuance requested, and the Court
12  has not granted any other continuances of the trial date in this
13  matter.
14       4.   Failure to grant the continuance would deny defendants
15  continuity of counsel.  The government does not object to the
16  continuance.
17       5.   Based on defense counsel's need to review  discovery and
18  conduct an investigation in this matter, on-going settlement
19  negotiations, defense counsel's trial schedules, and the numerous
20  significant charges in this case, defense counsel believe that
21  failure to grant the above-requested continuance would result in
22  a miscarriage of justice because defense counsel will not have
23  sufficient time or information to conduct a proper pre-trial
24  investigation and evaluate defendants' legal options.  The
25  government does not object to the continuance.
26       6.   The time period of from February 5, 2008, to and
27
28                                 2

including April 29, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv) because it results from a continuance granted by the Court at the defendants' request without government objection on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendants in a speedy trial. Specifically, failure to grant the continuance requested by defendants would deny defendants continuity of counsel, deny defense counsel the reasonable time and information necessary for effective preparation, taking into account the exercise of due diligence, and result in a miscarriage of justice.

    7.  Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

    IT IS SO ORDERED.

February 7, 2008  
DATE

*GEORGE P. SCHIAVELLI*  
THE HONORABLE GEORGE P. SCHIAVELLI  
UNITED STATES DISTRICT JUDGE