THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
E. MARTIN ESTRADA (Cal. SBN: 223802)
Assistant United States Attorney
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358
     Facsimile: (213) 894-3713
     E-mail: Martin.Estrada@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-1362-GPS |
|---|---|
| Plaintiff, | ) STIPULATION OF FACTS REGARDING COUNTS ONE, TWO, THREE, FOUR, FIVE, SIX, AND EIGHT OF THE INDICTMENT (21 U.S.C. §§ 846, 841(a)(1)) |
| v. | |
| JUAN CARLOS FUENTES, aka "Skinny," | |
| Defendant. | ) Trial Date: May 20, 2008 ) Time: 9:00 a.m ) Place: Courtroom of the Hon. )         George P. Schiavelli |

        Plaintiff United States of America, by and through its

attorney of record, Assistant United States Attorney E. Martin

Estrada, and defendant Juan Carlos Fuentes, also known as

"Skinny" (referred to hereinafter as "defendant Fuentes"), by and

through his counsel of record, Paul Horgan, hereby agree and

stipulate as follows:

1       1.   Beginning on a date unknown, and continuing to on or
2   about September 14, 2006, defendant Fuentes, co-defendant Jose
3   Bonilla, and co-defendant Juan Mercado agreed to distribute
4   methamphetamine to others; and

5       2.   Defendant Fuentes became a member of the conspiracy
6   knowing of and intending to help accomplish its object of
7   distributing methamphetamine to others.

8       Defendant Fuentes agrees that the conspiracy operated in the
9   following general manner:  Defendant Fuentes would negotiate for
10  the sale of methamphetamine with prospective methamphetamine
11  buyers.  Defendant Fuentes, co-defendant Jose Bonilla, and/or
12  co-defendant Juan Mercado would then meet with the prospective
13  methamphetamine buyers at predetermined locations, and deliver
14  the methamphetamine to the prospective methamphetamine buyers in
15  exchange for money.  Defendant Fuentes's methamphetamine
16  deliveries all took place in Los Angeles, California.

17      In carrying out the conspiracy, defendant Fuentes carried
18  out at least six different methamphetamine sales:

19      A.   January 26, 2006 Sale

20      On January 25, 2006, defendant Fuentes negotiated for the
21  sale of approximately one ounce of a mixture or substance
22  containing methamphetamine with an individual who defendant
23  Fuentes believed was a prospective methamphetamine buyer, but
24  who, in fact, was a confidential informant ("CI-1") for the FBI.
25  On January 26, 2006, in Los Angeles, California, defendant Juan
26  Carlos Fuentes met with CI-1 and sold to CI-1 approximately one
27  ounce of a mixture or substance containing methamphetamine in
28  exchange for $700.  When defendant Fuentes sold the approximately

2

1  one ounce of a mixture or substance containing methamphetamine to
2  CI-1 on January 26, 2006, defendant Fuentes knew that the
3  substance was in fact a mixture or substance containing
4  methamphetamine.  Government's Exhibit 1 is the approximately one
5  ounce of a mixture or substance containing methamphetamine that
6  defendant Fuentes sold to CI-1 on January 26, 2006.

7        B.    March 2, 2006 Sale

8        On March 1, 2006, defendant Fuentes negotiated for the sale
9  of approximately two ounces of a mixture or substance containing
10 methamphetamine with CI-1.  On the afternoon of March 2, 2006, in
11 Los Angeles, California, at defendant Fuentes's direction,
12 co-defendant Bonilla drove to the transaction location agreed
13 upon by defendant Fuentes and CI-1, and delivered the
14 approximately two ounces of a mixture or substance containing
15 methamphetamine that defendant Fuentes had agreed to sell to CI-1
16 for $1,300.  When defendant Fuentes sold the approximately two
17 ounces of a mixture or substance containing methamphetamine to
18 CI-1 on March 2, 2006, defendant Fuentes knew that the substance
19 was in fact a mixture or substance containing methamphetamine.
20 Government's Exhibit 2 is the approximately two ounces of a
21 mixture or substance containing methamphetamine that defendant
22 Fuentes sold to CI-1 on March 2, 2006.

23       C.    April 18, 2006 Methamphetamine Sale

24       On April 18, 2006, defendant Fuentes negotiated for the sale
25 of approximately one ounce of a mixture or substance containing
26 methamphetamine with an individual who defendant Fuentes believed
27 was a prospective methamphetamine buyer, but who, in fact, was
28 another confidential informant ("CI-2") for the FBI.  On the

                                3

afternoon of April 18, 2006, in Los Angeles, California, defendant Fuentes met with CI-2 and sold to CI-2 approximately one ounce of a mixture or substance containing methamphetamine in exchange for $700.  When defendant Fuentes sold the approximately one ounce of a mixture or substance containing methamphetamine to CI-2 on April 18, 2006, defendant Fuentes knew that the substance was in fact a mixture or substance containing methamphetamine. Government's Exhibit 3 is the approximately one ounce of a mixture or substance containing methamphetamine that defendant Fuentes sold to CI-2 on April 18, 2006.

### D.   April 25, 2006 Methamphetamine Sale

On April 25, 2006, defendant Fuentes negotiated for the sale of approximately two ounces of a mixture or substance containing methamphetamine with CI-2.  On April 25, 2006, in Los Angeles, California, defendant Fuentes met with CI-2 and sold to CI-2 approximately two ounces of a mixture or substance containing methamphetamine in exchange for $1,400.  When defendant Fuentes sold the approximately two ounces of a mixture or substance containing methamphetamine to CI-2 on April 25, 2006, defendant Fuentes knew that the substance was in fact a mixture or substance containing methamphetamine.  On April 27, 2006, defendant Fuentes spoke with CI-2 regarding the methamphetamine that defendant Fuentes had sold to CI-2 on April 25, 2006, and told CI-2 that all of the methamphetamine that defendant Fuentes sells is oil-based.  Government's Exhibit 4 is the approximately two ounces of a mixture or substance containing methamphetamine that defendant Fuentes sold to CI-2 on April 25, 2006.

4

E.   May 25, 2006 Methamphetamine Sale

On May 24, 2006 and May 25, 2006, defendant Fuentes negotiated for the sale of approximately one half-ounce of a mixture or substance containing methamphetamine with CI-2.   On the afternoon of May 25, 2006, at defendant Fuentes's direction, co-defendant Mercado met CI-2 and entered CI-2's vehicle. Co-defendant Mercado and CI-2 then drove to the transaction location, in Los Angeles, California, agreed upon by defendant Fuentes and CI-2.   After co-defendant Mercado and CI-2 had arrived at the transaction location, defendant Fuentes arrived at the transaction location in a separate vehicle.   Co-defendant Mercado then handed CI-2's money ($440) to defendant Fuentes, and defendant Fuentes gave co-defendant Mercado approximately one half-ounce of a mixture or substance containing methamphetamine. Co-defendant Mercado walked back to CI-2 and handed CI-2 the approximately one half-ounce of a mixture or substance containing methamphetamine.   When defendant Fuentes sold the approximately one half-ounce of a mixture or substance containing methamphetamine to CI-2 on May 25, 2006, defendant Fuentes knew that the substance was in fact a mixture or substance containing methamphetamine.   Government's Exhibit 5 is the approximately one half-ounce of a mixture or substance containing methamphetamine that defendant Fuentes sold to CI-2 on May 25, 2006.

F.   September 14, 2006 Methamphetamine Sale

On September 14, 2006, defendant Fuentes negotiated for the sale of $200 worth of a mixture or substance containing methamphetamine with CI-2.   On the afternoon of September 14, 2006, in Los Angeles, California, defendant Fuentes met with CI-2

1  and sold to CI-2 a mixture or substance containing

2  methamphetamine in exchange for $200.  When defendant Fuentes

3  sold the mixture or substance containing methamphetamine to CI-2

4  on September 14, 2006, defendant Fuentes knew that the substance

5  was in fact a mixture or substance containing methamphetamine.

6  Government's Exhibit 6 is the mixture or substance containing

7  methamphetamine that defendant Fuentes sold to CI-2 on September

8  14, 2006.

9  IT IS SO STIPULATED.

10 Dated: May 13, 2008                THOMAS P. O'BRIEN
                                      United States Attorney
11
                                      CHRISTINE C. EWELL
12                                    Assistant United States Attorney
                                      Chief, Criminal Division
13

14
                                      E. MARTIN ESTRADA
15                                    Assistant United States Attorneys

16                                    Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA
17

18 Dated: May 13 , 2008

19                                    PAUL HORGAN

20                                    Attorney for Defendant
                                      JUAN CARLOS FUENTES
21

22
        This stipulation of facts has been read to me in Spanish,
23
   the language I understand best, and I have carefully discussed
24
   every part of it with my attorney.  I understand the terms of
25
   this stipulation, and I voluntarily agree to those terms.
26

27

28 Dated: May 3, 2008
                                      JUAN CARLOS FUENTES

                                   6

I, _____ F. Javier Villalobos _____, am fluent in written and spoken English and Spanish.   I accurately translated this entire stipulation of facts from English into Spanish to defendant JUAN CARLOS FUENTES on this date.

_____                    _____5/13/08_____
Interpreter                                                        Date

7