```
PAUL HORGAN
SBN 48028
800 Wilshire Boulevard, Suite 1510
Los Angeles, California  90017
Telephone: (213) 622-2717
Facsimile: (213) 622-0445
E-mail: phorgan@sbcglobal.net

Attorney for Defendant
JUAN CARLOS FUENTES
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:  CR 07-01362-GPS |
| ) | |
| Plaintiff, ) | DEFENDANT JUAN CARLOS |
| ) | FUENTES' STATEMENT FOR TRIAL |
| v.  ) | |
| ) | Date: May 20, 2008 |
| JUAN CARLOS FUENTES, et al., ) | Time: 10:00 a.m. |
| ) | |
| Defendants. ) | |
| _____) | |

I.  STATEMENT OF THE CASE

Defendant Juan Carlos Fuentes is charged by indictment with one count of conspiracy to possess with intent to distribute, and distribution of, 50 grams or more of methamphetamine - a Schedule II controlled substance.  He is further charged in the indictment with six counts of distribution of methamphetamine in various quantities over a period of approximately nine months in the year 2006.

At a status conference which took place on May 13, 2008, defendant entered guilty pleas to all counts of the indictment in which he is named.  However, defendant reserved the right to contest the amount of actual methamphetamine for which he is to be

held responsible.  The trial of that issue is to take place on May 20, 2008.

## II.   ISSUES

There is only one issue to be determined by the trier of fact in this case - whether defendant is to be held responsible for the conspiracy to distribute or distribution of more than 50 grams of methamphetamine.  The issue is presently set for trial by jury.  However, defendant is considering a jury waiver.  There is no dispute that the defendant's responsibility for the drugs must be proven beyond a reasonable doubt.  <u>Apprendi v. New Jersey</u>, 530 U.S. 466, 120 S.Ct. 2348 (2000).

## III.   EVIDENCE

The parties will each present expert testimony from chemists concerning the weight and purity of the drugs at issue.  At the time of this writing, defendant believes the government will introduce evidence that defendant is responsible for 57.5 grams of methamphetamine.  This testimony will be presented by a chemist from the Drug Enforcement Administration.

Defendant, for his part, intends to introduce testimony from Gregory Zavatsky -- a chemist employed by Pacific Toxicology Laboratories/Forensic Toxicology Associates.  Defendant expects that Mr. Zavatsky will testify that defendant is responsible for 41.2 grams of actual methamphetamine.

//
//
//

IV.  TRIAL ESTIMATE

Defendant believes the trial of the matter will take about one day if tried by the Court, and about two days if heard by a jury.

Respectfully submitted,

Dated:  May 14, 2008                  _____/S/_____
                                      PAUL HORGAN
                                      Attorney for Defendant
                                      JUAN CARLOS FUENTES