```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
E. MARTIN ESTRADA (Cal. SBN: 223802)
Assistant United States Attorney
Violent & Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3358
     Facsimile: (213) 894-3713
     E-mail: Martin.Estrada@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 07-1362-GPS |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER ALLOWING |
| | ) DISCLOSURE OF GRAND JURY |
| v. | ) TESTIMONY |
| | ) |
| JUAN CARLOS FUENTES, | ) Trial Date: May 20, 2008 |
| aka "Skinny," | ) Time: 9:00 a.m. |
| | ) Place: Courtroom of the Hon. |
| Defendant. | )        George P. Schiavelli |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with a copy of the grand jury testimony of any witness whom the government may call at trial. The purpose of this order is to enable defendant(s) to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

1     IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the testimony provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

    IT IS SO ORDERED.

DATED: _____      _____
                                   THE HONORABLE GEORGE P. SCHIAVELLI
                                   United States District Judge

Submitted by:

      /s/_____
E. MARTIN ESTRADA
Assistant United States Attorney

2