1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   E. MARTIN ESTRADA (Cal. SBN: 223802)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3358
7       Facsimile: (213) 894-3713
        E-mail: Martin.Estrada@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,    ) CR No. 07-1362-GPS
                                )
14          Plaintiff,          ) [~~PROPOSED~~] ORDER ALLOWING
                                ) DISCLOSURE OF GRAND JURY
15      v.                      ) TESTIMONY
                                )
16 JUAN CARLOS FUENTES,         ) Trial Date: May 20, 2008
      aka "Skinny,"             ) Time: 9:00 a.m.
17                              ) Place: Courtroom of the Hon.
            Defendant.          )        George P. Schiavelli
18 _____)

19

20

21
        For good cause shown, IT IS HEREBY ORDERED that plaintiff,
22
   United States of America, may supply defense counsel of record
23
   with a copy of the grand jury testimony of any witness whom the
24
   government may call at trial.  The purpose of this order is to
25
   enable defendant(s) to prepare their defense and to permit
26
   compliance with the disclosure provisions of the Jencks Act, 18
27
   U.S.C. § 3500.
28

1 | IT IS FURTHER ORDERED that defense counsel shall not
2 | disclose such grand jury testimony to any other person or
3 | persons, except as necessary in preparation of the defense,
4 | without prior authorization from this Court, and that the copy of
5 | the testimony provided to defense counsel (and any reproductions
6 | or copies made of the produced copy) shall be returned to the
7 | government at the conclusion of the proceedings in this case.
8 | IT IS SO ORDERED.

DATED: May 15, 2008

GEORGE P. SCHIAVELLI
_____
THE HONORABLE GEORGE P. SCHIAVELLI
United States District Judge

Submitted by:

        /s/
_____
E. MARTIN ESTRADA
Assistant United States Attorney

2