UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.   <u>CR 07-1362-GPS</u>                                       Date: <u>May 20, 2008       </u>

Title:   <u>United States of America v. Juan Carlos Fuentes           </u>

================================================================

PRESENT:            THE HONORABLE **GEORGE P. SCHIAVELLI**, JUDGE

<u>       Jake Yerke      </u>                <u>     Rosalyn Adams    </u>
         Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Martin Estrada                           Paul Horgan

<u> 1st </u> DAY COURT TRIAL      <u>     </u> DAY JURY TRIAL     <u>     </u> Jury impaneled and sworn.
                                                             (See separate list.)

<u>  X  </u> Opening statements made by <u> Plaintiff and Defendant                    </u>

<u>  X  </u> Witnesses called, sworn & testified.

<u>  X  </u> Exhibits identified.    <u>  X  </u> Exhibits admitted.

<u>  X  </u> Plaintiff(s) rests.        <u>     </u> Defendant(s) <u>                    </u> rests.

<u>     </u> Closing arguments made by <u>                         </u>    <u>     </u> Court instructs jury.

<u>     </u> Bailiff/matron sworn.   <u>     </u> Jury Retires to deliberate.   <u>     </u> Jury returns.

<u>     </u> Jury Verdict in favor of <u>                              </u> is read and FILED.

<u>     </u> Jury polled.   <u>     </u> Polling waived.      <u>     </u> FILED jury notes.

<u>     </u> FILED witness and exhibit list(s).          <u>     </u> FILED jury instructions.

<u>     </u> JUDGMENT BY THE COURT in favor of <u>                     </u> is read and FILED.

<u>     </u> Findings, Conclusions of Law & Judgment to be prepared by <u>                 </u>

<u>     </u> Submitted.   <u>     </u> Briefs to be filed by <u>                              </u>.

<u>     </u> Motion of <u>           </u> to dismiss is ORDERED   <u>     </u> DENIED   <u>     </u> GRANTED

<u>     </u> Motion of <u>        </u> for judgment as a matter of law is  <u>     </u> DENIED   <u>     </u> GRANTED

<u>     </u> Motion of <u>            </u> for mistrial is   <u>     </u> DENIED   <u>     </u> GRANTED.

<u>     </u> MISTRIAL DECLARED.

<u>     </u> Settlement reached and placed on the record.

<u>  X  </u> Case continued to <u> May 21, 2008 </u> for <u>  X  </u> further trial   <u>     </u> further jury
        deliberations.

<u>  X  </u> Other:  <u> Spanish Interepreters Luis M. Rodriguez-Villa and Monica Desiderio   </u>
                                                                              5:10

                                                  Initials of Deputy Clerk<u>   JY   </u>
CRIMINAL - GEN