UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

Case No.   <u>CR 07-1362-GPS</u>                              Date: <u>May 21, 2008</u>

Title:   <u>United States of America v. Juan Carlos Fuentes</u>

======================================================================

PRESENT:        <u>THE HONORABLE **GEORGE P. SCHIAVELLI**, JUDGE</u>

                <u>  Jake Yerke  </u>              <u>  Rosalyn Adams  </u>
                Courtroom Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Martin Estrada                          Paul Horgan

<u>2nd</u> DAY COURT TRIAL     <u>    </u> DAY JURY TRIAL    <u>    </u> Jury impaneled and sworn.
                                                           (See separate list.)

<u>    </u> Opening statements made by<u>                                          </u>

<u> X </u> Witnesses called, sworn & testified.

<u> X </u> Exhibits identified.    <u> X </u> Exhibits admitted.

<u>    </u> Plaintiff(s) rests.       <u> X </u> Defendant(s) <u>                  </u> rests.

<u>    </u> Closing arguments made by <u>       </u>   <u>    </u> Court instructs jury.

<u>    </u> Bailiff/matron sworn.   <u>    </u> Jury Retires to deliberate.   <u>    </u> Jury returns.

<u>    </u> Jury Verdict in favor of <u>                              </u> is read and FILED.

<u>    </u> Jury polled.    <u>    </u> Polling waived.    <u>    </u> FILED jury notes.

<u>    </u> FILED witness and exhibit list(s).    <u>    </u> FILED jury instructions.

<u>    </u> JUDGMENT BY THE COURT in favor of <u>                    </u> is read and FILED.

<u>    </u> Findings, Conclusions of Law & Judgment to be prepared by <u>           </u>

<u>    </u> Submitted.   <u>    </u> Briefs to be filed by <u>                          </u>.

<u>    </u> Motion of <u>         </u> to dismiss is ORDERED   <u>    </u> DENIED   <u>    </u> GRANTED

<u>    </u> Motion of <u>       </u> for judgment as a matter of law is  <u>    </u> DENIED   <u>    </u> GRANTED

<u>    </u> Motion of <u>         </u> for mistrial is   <u>    </u> DENIED   <u>    </u> GRANTED.

<u>    </u> MISTRIAL DECLARED.

<u>    </u> Settlement reached and placed on the record.

<u> X </u> Case continued to <u>May 22, 2008 at 1:30 pm</u>   for <u> X </u> further trial   <u>    </u> further jury
     deliberations.

<u> X </u> Other:   <u>Spanish Interepreters Luis M. Rodriguez-Villa and Indra Zuno-Pantoja</u>
                                                                        1:40



                                          Initials of Deputy Clerk<u>   JY   </u>
CRIMINAL - GEN