1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   E. MARTIN ESTRADA (Cal. SBN: 223802)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3358
7       Facsimile: (213) 894-3713
        E-mail: Martin.Estrada@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                 UNITED STATES DISTRICT COURT
11
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                      WESTERN DIVISION
13

14 UNITED STATES OF AMERICA,    )   No. CR 07-1362-GPS
                                )
15          Plaintiff,          )   [PROPOSED] FINDINGS OF FACT
                                )
16          v.                  )
                                )   Trial Date: May 20, 2008
17 JUAN CARLOS FUENTES,         )   Time: 9:00 a.m
     aka "Skinny,"              )   Place: Courtroom of the Hon.
18                              )           George P. Schiavelli
                                )
19          Defendant.          )
   _____)

20

21     On May 20, 2008, the Court held a trial in the above-titled

22 case.  Prior to trial, on May 13, 2008, defendant Juan Carlos

23 Fuentes ("defendant") pled guilty to Counts One, Two, Three,

24 Four, Five, Six, and Eight of the Indictment, but reserved the

25 issue of drug quantity.  The May 20, 2008 trial involved the

26 quantity of methamphetamine involved in defendant's admitted drug

27 offenses.  Present at the trial were plaintiff United States of

28 America, by and through its counsel, Assistant United States

                              1

1  Attorney E. Martin Estrada, and defendant, both individually and

2  by and through his counsel, Paul Horgan.

3      Based on the evidence and testimony presented at trial, the

4  Court hereby finds that the government has proven by proof beyond

5  a reasonable doubt the following:

6      1.  Defendant's commission of the offense alleged in Count

7  One of the Indictment (Conspiracy to Distribute Methamphetamine)

8  involved 50 grams or more actual methamphetamine.  Specifically,

9  beginning on a date unknown, and continuing to on or about

10  September 14, 2006, defendant conspired to distribute

11  methamphetamine to others, and the conspiracy involved 57.5 grams

12  of actual methamphetamine as alleged in Count One.  The 57.5

13  grams of actual methamphetamine involved in defendant's

14  methamphetamine distribution conspiracy arose from the following

15  six methamphetamine sales:

16          a.  January 26, 2006 Methamphetamine Sale:  Amount of

17  Actual Methamphetamine - 14.3 grams;

18          b.  March 2, 2006 Methamphetamine Sale:  Amount of

19  Actual Methamphetamine - 12.9 grams;

20          c.  April 18, 2006 Methamphetamine Sale:  Amount of

21  Actual Methamphetamine - 7.9 grams;

22          d.  April 25, 2006 Methamphetamine Sale:  Amount of

23  Actual Methamphetamine - 15.5 grams;

24          e.  May 25, 2006 Methamphetamine Sale:  Amount of

25  Actual Methamphetamine - 4 grams; and

26          f.  September 14, 2006 Methamphetamine Sale:  Amount of

27  Actual Methamphetamine - 2.9 grams.

28

Case 2:07-cr-01362-GPS   Document 82-2   Filed 05/19/2008   Page 3 of 3

2.   Defendant's commission of the offense alleged in Count Two of the Indictment (Distribution of Methamphetamine) involved 5 grams or more actual methamphetamine.  Specifically, on January 26, 2006, defendant distributed 14.3 grams of actual methamphetamine as alleged in Count Two.

3.   Defendant's commission of the offense alleged in Count Three of the Indictment (Distribution of Methamphetamine) involved 5 grams or more actual methamphetamine.  Specifically, on March 2, 2006, defendant distributed 12.9 grams of actual methamphetamine as alleged in Count Three.

4.   Defendant's commission of the offense alleged in Count Four of the Indictment (Distribution of Methamphetamine) involved 5 grams or more actual methamphetamine.  Specifically, on April 18, 2006, defendant distributed 7.9 grams of actual methamphetamine as alleged in Count Four.

5.   Defendant's commission of the offense alleged in Count Five of the Indictment (Distribution of Methamphetamine) involved 5 grams or more actual methamphetamine.  Specifically, on April 25, 2006, defendant distributed 15.5 grams of actual methamphetamine as alleged in Count Five.

THE COURT SO FINDS.

DATED: 5/27/08

THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

Presented by:

/S/
E. Martin Estrada
Assistant United States Attorney

3