| NAME & ADDRESS | | FILED<br>CLERK, U.S. DISTRICT COURT<br>MAY 27 2008<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: CR 07-1362-GPS |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| Juan Carlos Fuentes | RECEIPT FOR RELEASE OF EXHIBITS<br>TO COUNSEL UPON<br>VERDICT / JUDGMENT AT TRIAL |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ___joint___ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_5\22\08_
Date

_Martin Estrada_
Counsel for: ☑ Plaintiff ☐ Defendant ☐ _USA_

_[signature]_                              _213-894-3358_
Signature                                   Telephone Number

_5/22/08_
Date

Counsel for: ☐ Plaintiff ☑ Defendant ☐ _____

_[signature]_                              _(213) 622-2717_
Signature                                   Telephone Number

=====================================================================
I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

_5/22/08_                    Clerk, U. S. District Court
                             By _[signature]_
Date                         Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL