## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR-07-1362-GPS | Title: United States of America v. Juan Carlos Fuentes |
|---|---|---|
| Judge | GEORGE P. SCHIAVELLI | |
| Dates of Trial | May 20-22, 2008 | |
| Court Reporters | Rosalyn Adams | |
| Deputy Clerks | Jake Yerke | |

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| Martin Estrada | Paul Horgan |
| | |
| | |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | See attached exhibit list | |
| | | | | | | Sean Sterle | Plaintiff |
| | | | | | | Dean Kirby | Plaintiff |
| | | | | | | Gregory Zavatski | Defendant |

G-65 (10/97) LIST OF EXHIBITS AND WITNESSES  Page of

**UNITED STATES v. JUAN CARLOS FUENTES**

**NO. CR 07-1362-GPS**

**GOVERNMENT'S EXHIBIT LIST**

| EX | DESCRIPTION | WITNESSES | IDENT | IN EVID |
|---|---|---|---|---|
| 1 | Methamphetamine sold by defendant on January 26, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 2 | Methamphetamine sold by defendant on March 2, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 3 | Methamphetamine sold by defendant on April 18, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 4 | Methamphetamine sold by defendant on April 25, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 5 | Methamphetamine sold by defendant on May 25, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 6 | Methamphetamine sold by defendant on September 14, 2006 | Sean Sterle; Dean Kirby | ✓ | ✓ |
| 7 | Photograph of methamphetamine crystals and ground powder from Exhibit 2 | Dean Kirby | ✓ | ✓ |
| 8 | Photograph of methamphetamine crystals and ground powder from Exhibit 4 | Dean Kirby | ✓ | ✓ |
| 9 | Photograph of scale used in analysis of methamphetamine | Dean Kirby | ✓ | ✓ |
| 10 [10 a] | Chart showing results of analysis of methamphetamine sold be defendant | Dean Kirby | ✓ ✓ | ✓ ✓ |
| 11 | Slides demonstrating analysis of methamphetamine | Dean Kirby | | |

| EX | DESCRIPTION | WITNESSES | IDENT | IN EVID |
|---|---|---|---|---|
| 12 | Stipulation of facts regarding Counts One, Two, Three, Four, Five, Six, and Eight of the Indictment | | ✓ | ✓ |
| 13 | Defense Materials Regarding Methamphetamine Analysis | | ✓ | ✓ |
| 14 | | | ✓ | ✓ |

1                 <u>**DEFENDANT'S EXHIBIT LIST**</u>

2   <u>Exhibit</u>        <u>Description</u>

3     A          Laboratory Report from Pacific Toxicology

4              Laboratories, dated April 2, 2008 (4 pages).

6     B          Background / Factual Summary (2 pages).

8      Copies of Exhibits A and B are attached hereto.

9                           Respectfully submitted,

11 Dated: May 19, 2008            _____/S/_____

12                             PAUL HORGAN
                              Attorney for Defendant
13                             JUAN CARLOS FUENTES